5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EAST VALLEY CATTLE, LLC;<br>MILLENKAMP CATTLE, INC.,<br>Plaintiffs,<br>v.<br>EAST VALLEY DEVELOPMENT, LLC, a<br>Delaware limited liability company,<br>Defendant. | Case No. 25-08003-NGH<br><br>APPLICATION FOR ADMISSION<br>PRO HAC VICE<br><br>Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Alexandra Preece Barlow, hereby applies for admission pro hac vice to appear and participate in this case on behalf of East Valley Development, LLC.

The applicant hereby attests as follows:

1. Applicant resides in San Diego, and practices at the following address and phone number 12531 High Bluff Drive Suite 100 San Diego CA United States of America (858) 720-5100

2. Applicant has been admitted to practice before the following courts on the following dates:*

| Courts: | Dates: |
|---|---|
| USCA Second Circuit | 8/22/2024 |
| USDC Central District of California | 10/25/2016 |
| USDC Eastern District of California | 12/12/2022 |
| USDC Northern District of California | 4/05/2018 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Janine P. Reynard, a member in good standing of the bar of this court, of the firm of Avery Law, practices at the following office address and phone number: 3090 E. Gentry Way, Ste 250, Meridian ID 83642; (208) 639-9400

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 26th day of March, 2025.

_____         _____
Applicant                                                              Designee   3.31.25
Signed under penalty of perjury.

*Please see Attachment A

Attachment A

Alexandra Preece Barlow [CA State Bar No. 299715]
Bar Membership/Admission Information

| Court | Date | Status |
|---|---|---|
| Supreme Court of California<br>350 McAllister Street, San Francisco, California 94102 | 12/03/2014 | Active |
| United States District Court for the Southern District of California<br>333 West Broadway, San Diego, California 92101 | 04/03/2015 | Active |
| United States District Court for the Central District of California<br>312 North Spring Street, Los Angeles, California 90012 | 10/25/2016 | Active |
| United States District Court for the Northern District of California<br>450 Golden Gate Avenue, San Francisco, California 94102 | 04/05/2018 | Active |
| United States District Court for the Eastern District of California<br>501 I Street, Suite 4-200, Sacramento, California 95814 | 12/07/2022 | Active |
| United States Court of Appeals, Second Circuit<br>40 Centre Street, New York, NY 10007 | 08/22/2024 | Active |

SF-4846799